# United States District Court

CENTRAL DISTRICT OF ILLINOIS

Joseph Johnson                         ,  )
                                          )
                  Plaintiff              )
                                          )
       vs.                               )        Case No. _ 12-3195
                                          )
                                          )        *(The case number will be assigned by the clerk)*
Dr. Saleh Obaisi, Lisa Lercher,          )
Dr. N. Yousuf                            )
_____          )
_____          )
_____          )
_____          )
_____          )
_____ ,        )
                                          )
             Defendant(s)                )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒  42 U.S.C. §1983 (state, county or municipal defendants)

☐  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐  Other federal law: _____

☐  Unknown _____

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. **This is not** the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

    Full Name: Joseph Johnson

    Prison Identification Number: M-24704

    Current address: P.O. Box 1000 - Logan Corr. Ctr.

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

    Defendant #1:

    Full Name: Saleh Obaisi

    Current Job Title: Medical Doctor

    Current Work Address: Logan Corr. Ctr. - P.O. Box 1000

    Lincoln, IL 62656

    Defendant #2:

    Full Name: Lisa Lercher

    Current Job Title: Director of Nurses

    Current Work Address: Logan Corr. Ctr. - P.O. Box 1000

    Lincoln, IL 62656

Defendant #3:

   Full Name: _Dr. N. Yousuf, M.D._

   Current Job Title: _One Radiology_

   Current Work Address _Normal, IL. 61761_

Defendant #4:

   Full Name: _____

   Current Job Title: _____

   Current Work Address _____

Defendant #5:

   Full Name: _____

   Current Job Title: _____

   Current Work Address _____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

   The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?      Yes ☐      No ☒

If yes, please describe _____

3

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐          No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number _____

   2. Basic claim made _____

   3. Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒   No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?   Yes ☐   No ☐

   My grievances are not being answered.  I have filed several grievances and personally given them to administration, but my grievances are being ignored.

## V. STATEMENT OF CLAIM

Place(s) of the occurrence   Logan Corr. Ctr.

Date(s) of the occurrence    Feb. 2012 thru current date

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

***THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED.*** *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On or about Feb. 6, 2012, I injured my right hand trying to defend myself from being physically assaulted. Several days later, my hand was swollen and I was suffering extreme pain in my right hand, and I was finally able to see Dr. Obaisi. I told him how I injured my hand and explained to him the pain I was suffering. He had an X-ray done on my hand, gave me (1) Ibuprofin pain medication. He told me that when X-ray comes back he would let me know.

On or about Feb. 13, 2012, I seen Dr. Obaisi again concerning my injured right hand. He told me the X-Ray came back negative for any type of fractures, and that my hand was just swollen and I would be alright. Just put ice on it.

I seen Dr. Obaisi several times after the X-ray results came back, in Feb., March, April, and in May. Each time I seen Dr. Obaisi, I explained to him that my right hand was still swollen and that I was still suffering extreme pain in my hand.

I wrote grievances and letters to the Director of Nurses Lisa Lercher explaining to her the pain I was suffering from my injured hand. She never called me in to observed my hand and simply wrote back that X-ray showed nothing was wrong with my hand.

On or about May 22, 2012, another X-ray was done and on May 25, 2012 I was notified that this time the X-ray revealed it may be a healing fracture going on, which basically says that my hand was broken back in February and it has been healing improperly for the past 3 months.

Dr. Obaisi nor Lisa Lercher has yet to provide proper treatment for my fractured hand. I have been denied access to an outside Medical doctor for proper surgery on my fractured hand. My hand is still swollen and I'm still suffering pain in my hand.

Dr. Obaisi and Lisa Lercher have deliberately deprived me of adequate medical attention to a serious medical need, without Due Process of Law.

Dr. N. yousuf fell to Diagnose my fracture Causeing me severe pain, An Suffering.

## RELIEF REQUESTED

*(State what relief you want from the court.)*

1. Declaratory Injunction which compels defendants to send Plaintiff to appropriate Doctor to have hand properly treated.

2. Compensatory and Punitive monetary damages awarded to Plaintiff for the unjust pain and suffering he continues to endure.

3. Any other relief as this Court may deem as just and appropriate.

**JURY DEMAND**   Yes [xx]   No [ ]

Signed this 20th day of July, 20 12.

*(Signature of Plaintiff)*

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Joseph Johnson | M-24704 |
| Address: | Telephone Number: |
| P.O. Box 1000 - Lincoln, IL  62656 | |