OneRadiology
Normal, IL  61761
Date:   February 13, 2012

Patient:  Johnson, Joseph
ID#:   M24704
DOB:  9/4/83
Ordered by:  Dr. Obaisi
Logan Correctional Center

RIGHT HAND FIVE VIEWS     2/10/2012

HISTORY: Blunt trauma.

FINDINGS: Five views of the right hand demonstrate soft tissue swelling about the hypothenar eminence and thenar eminence but no acute regional bony fracture or dislocation is seen.

Minor degenerative changes are seen.

Please correlate clinically.

Signed_____
N. Yousuf, M.D.

NY:eg
DIC: 2/13 /2012
Films from Logan Correctional Center

OneRadiology
Normal, IL  61761
Date:  May 23, 2012

Patient:  Johnson, Joseph
ID#:  M24704
DOB:  9/4/83
Ordered by:  Dr. Obaisi
Logan Correctional Center

RIGHT HAND THREE VIEWS    5/22/2012

HISTORY: Pain.

FINDINGS:  Three views of the right hand reveal persistent soft tissue swelling about the thenar and hypothenar eminence.

There is slight irregularity of what appears to be distal end of the 3rd metacarpal which was poorly visualized on the previous study.  Findings may represent a healing fracture.  Continued follow-up is recommended.  Rest of the bony structures are intact.

IMPRESSION:  Possible healing fracture of the distal end of the 3rd metacarpal best seen on the lateral view.

Signed _____
N. Yousuf,  M.D.

NY: eg
DIC: 5/23/2012
Films from Logan Correctional Center

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: Joseph Johnson     ID #: M24704   Living Unit: 9-3-9

Please refer to the directory located in your orientation manual and address proper personnel.

To: HCUA - Lisa Lercher

I request ☒ interview ☐ cell assignment ☐ visit ☐ banking ☐ purchase ☐ other (specify)

for the purpose of (explain): My hand is broke and very painful, I filled out medical slips repeatedly for some medical attention only to here its nothing wrong, I would need you to see my condition for yourself. I would also like my money back when they see that their is something wrong.

Offender's Signature: Joseph Johnson

Date: 2-28-2012

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary): I reviewed your chart & x-ray results were normal - Documentation from MD on 2/16/12 indicates he explained this to you - I will place you on my call line - Please be patient

which I have on file

Remarks by supervisor (if necessary):

Print Staff Name / Staff Signature / Date

Print Supervisor Name: Gibbons

Follow up.

Distribution: Affected Unit

Printed on Recycled Paper

DOC 0286 (Eff. 9/2005)
(Replaces DC7177 & DC3811)

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

Date: 7-19-2012    Offender: Joseph Johnson    ID#: M24704
(Please Print)

Present Facility: Logan C.C    Facility where grievance issue occurred: Logan C.C

### NATURE OF GRIEVANCE:

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify)

- [ ] Disciplinary Report: 2/28/2012    Logan C.C
    Date of Report    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I wrote 7 Different grievances containing my hand being badly injured seeking Medical Attention since feb 28, 2012, until now 7-19-2012 I haven't gotten one single response or any returned grievance. Approx. 2 months from today I confronted Lt. bender About the problem I was having with my hand, And explained to him my grievances was not being properly handle or returned back. Lt. bender personally Delivered A grievance I wrote to the grievance office which would be gibbons and he told me I should get a response now that he personally Delivered But No Answer or response.

Relief Requested: I wood like my grievances Answered And returned, or proper Justice if grievances has been tampered with.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Joseph Johnson    M24704    7/19/2012
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

Date Received: ___/___/___    [x] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

I Also have copys of grievances And Request slips when Needed.

# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

Date: 6-26-2012
Offender: (Please Print) Joseph Johnson
ID#: M24704
Present Facility: Logan C.C.
Facility where grievance issue occurred: Logan C.C.

NATURE OF GRIEVANCE: Emergency/Medical

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other

- [ ] Disciplinary Report: 2/12/2012  Logan C.C.
  Date of Report / Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: Starting from March 24, 2012 until Now which is June 26 2012 I wrote Approx. 7 Different Grievance Complaining About my hand being painfully Swollen And Never gotten One Single response, Although According to the Illinois Department of Correction proced on grievance I Discovered that, from the time the grievance is written, an Entered or processed you All have A limited time of 60 days to respond An or return But i gotten Neither. Todays Date is 6-26-201 And since Feb 12, 2012 I've been ignored about the turn to E

Relief Requested: I wooD like All my Grievance Answered And Returned

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Joseph Johnson
Offender's Signature
M24704
ID#
6/26/2012
Date

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

diffulculties and problems im having with my hAnd, And I hAve Wittness from people who through out the months Assisted me tasks I was unable to handle because of A Fractured Found in my right hand 3½ months AFter the injury. The Wittness who Assist ME on DAily basic Are, Washington Tinon M14591, Larry Hardy #B-39666, Romelle Brown # R46395, MiLe SiDES - N03342 Wellington Jaramillo - M03237